## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Joseph Akoi | CHAPTER 13

BKY. NO. 18-18323 MDC

<u>Debtor</u>

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Specialized Loan Servicing as servicer for HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2006-1 and index same on the master mailing list.

       Respectfully submitted,
      **<u>/s/ Kevin G. McDonald, Esq.</u>**
      Kevin G. McDonald, Esquire
      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322