United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-18323-mdc
Joseph Akoi                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Linda              Page 1 of 2           Date Rcvd: Jul 17, 2019
                            Form ID: pdf900          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2019.
```
db          +Joseph Akoi,    304 Tribet Place,    Darby, PA 19023-3121
cr          +HSBC Bank USA, National Association as Trustee for,    c/o KEVIN G. MCDONALD,
              701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
cr          +SPECIALIZED LOAN SERVICING LLC,    14841 Dallas Parkway #425,    Dallas, TX 75254-8067
14248681    +AES/SUNTRUST BANK,    POB 61047,    HARRISBURG, PA 17106-1047,   16,993
14248684    +CITY OF PHILADELPHIA,    LAW DEPARTMENT,    1400 JFK BLVD. 5TH FLOOR,
              PHILADELPHIA, PA 19107-3200
14278597     HSBC BANK USA, NATIONAL ASSOCIATION ET.AL..,    C/O Mario J. Hanyon, Esq., Id. No.203993,
              Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Boulevard, Suite 1400,
              One Penn Center Plaza,    Philadelphia, PA 19103
14344090    +HSBC Bank USA, National Association,    MASTR Reperforming Loan Trust 06-00001,
              c/o KEVIN G. MCDONALD,    701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14277760     HSBC Bank USA, National Association, et.al.,    Wells Fargo Bank, N.A.,
              Default Document Processing,    MAC# N9286-01Y,    1000 Blue Gentian Road,   Eagan MN 55121-7700
14248683    +JEROME BLANK, ESQ.,    FEDERMAN, PHELAN,    1617 JFK BLVD STE 1400,    PHILADELPHIA, PA 19103-1899
14344988     Kohl's,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14278064    +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14297493    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
14317987    +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
              Washington, DC 20410-0002
14248679    +WELLS FARGO HOME MORTGAG,    PO BOX 10335,    DES MOINES, IA 50306-0335,   111,593.00
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Jul 18 2019 03:38:30     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2019 03:37:46
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 18 2019 03:38:13    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14248678    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 18 2019 03:29:08
              CAPITAL ONE BANK USA NA,    PO BOX 30281,    SALT LAKE CITY, UT 84130,    592. 84130-0281
14267810    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 18 2019 03:47:52
              Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14248680    +E-mail/PDF: pa_dc_ed@navient.com Jul 18 2019 03:29:15     DEPT OF ED/NAVIENT,    PO BOX 9635,
              WILKES BARRE, PA 18773-9635,    78,330.00
14301819     E-mail/PDF: pa_dc_claims@navient.com Jul 18 2019 03:29:14
              Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,   PO BOX 9635,
              Wilkes-Barre, PA 18773-9635
14248682     E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 18 2019 03:36:55
               VERIZON WIRELESS - SOUTH,    NATIONAL RECOVERY OPERATIONS P.O. BOX 26,    MINNEAPOLIS, MN 55426,
               803
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          Kohl's,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA  19355-0701
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                        Signature:  /s/Joseph Speetjens

```
District/off: 0313-2              User: Linda                   Page 2 of 2                    Date Rcvd: Jul 17, 2019
                                  Form ID: pdf900               Total Noticed: 22
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:

```
          JEROME B. BLANK    on behalf of Creditor    HSBC Bank USA, National Association As Trustee For et
           al paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION ET.AL.
           paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           MASTR Reperforming Loan Trust 2006-1 bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION ET.AL.
           bkgroup@kmllawgroup.com
          MARIO J. HANYON    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION ET.AL.
           paeb@fedphe.com
          SHARON S. MASTERS    on behalf of Debtor Joseph  Akoi shmasters@hotmail.com,
           G65312@notify.cincompass.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re

Joseph Akoi                                                    Chapter 13

    Debtor(s)

                                                    Bankruptcy No.  18-18323mdc

## ORDER

AND NOW, this  16th  day of  July  , 2019, it is

1.*(X)    ORDERED that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case, be, and the same hereby is, DISMISSED.

2.*( )    ORDERED that since we find that the debtor(s)' have failed to propose a plan, this case be, and the same hereby is, DISMISSED

3.*( )    ORDERED that sine we find that the debtor(s) have failed to file a feasible plan, this case be and the same hereby is, DISMISSED.

4.*( )    ORDERED that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C. Sec.341 and have failed to attend the hearing to explain their absence at the Sec. 341 hearing, this case be and the same hereby is, DISMISSED.

5.*( )    ORDERED that since the debtor(s) have failed to prosecute this case or to file timely their required documents, this case be, and the same hereby is, DISMISSED, and within ten days of the entry of this order, debtor's counsel shall submit a master list of creditors and, as required by Bankruptcy Rule 2016 (b), an itemized statement of attorney's fees unless current versions of both these documents are on file with the Clerk.

6.*( )    ORDERED that since we find material failure to comply with the terms of a confirmed plan under 11 U.S.C. Sec. 1307 (c)(6) this case be, and the same hereby is, DISMISSED.

                                                    _____
                                                    Magdeline D. Coleman
Dated: 7/16/19                                      Chief United States Bankruptcy Judge

* Each numbered paragraph of this order is operative only if the box next to the number designating that paragraph is checked.

b3.frm