UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE: Joseph Akoi                                                                : CHAPTER 13

    Debtor                                                                      : NO. 18-18323

**PRAECIPE TO WITHDRAW DOCUMENTS**

TO THE CLERK:

Kindly withdraw the documents docketed at Nos. 63, 64 and 65 filed in error.

Thank you.

<u>/s/ Sharon S. Masters, Esq.</u>

Sharon S. Masters, Esq.